UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
JONATHON EARL ROBERSON  CASE NO. 20-10780
P O BOX 2376  JUDGE BENJAMIN A. KAHN
JAMESTOWN, NC  27282

    DEBTOR

SSN(1) XXX-XX-9300  DATE: 07/27/2021

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| GREENSKY LLC<br>P O BOX 2153 DEPT 3025<br>BIRMINGHAM, AL  35287-3025 | $27,809.62<br>INT:  .00%<br>NAME ID: 183505<br>CLAIM #:  0011 | (U) UNSECURED<br><br>ACCT: 5483<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT:  .00%<br>NAME ID: 1159<br>CLAIM #:  0017 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>ATTN BANKRUPTCY<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 170851<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9300<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9300<br>COMMENT: OC |
| SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | MONTHLY PMT $538.16<br>INT:  .00%<br>NAME ID: 183529<br>CLAIM #:  0004 | (H) ONGOING-SECURED<br><br>ACCT: 1329<br>COMMENT: DT,CTD,EFF FEB21,721OR,521TFCL,421A |
| SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | $1,374.51<br>INT:  .00%<br>NAME ID: 183529<br>CLAIM #:  0005 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 1329<br>COMMENT: ARR,NOV20 THRU JAN21,721OR,521TFCL,421A |

PAGE 2 - CHAPTER 13 CASE NO. 20-10780

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | $825.68<br>INT: .00%<br>NAME ID: 183529<br>CLAIM #: 0006 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 1329<br>COMMENT: ARR THRU OCT20,72IOR.52ITFCL,42IA |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $6,023.29<br>INT: 5.25%<br>NAME ID: 170064<br>CLAIM #: 0007 | (V) VEHICLE-SECURED<br><br>ACCT: 8301<br>COMMENT: 12CHEV, 121A |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $609.00<br>INT: 5.25%<br>NAME ID: 170064<br>CLAIM #: 0008 | (V) VEHICLE-SECURED<br><br>ACCT: 5562<br>COMMENT:<br>12CHEV,CROSS-COLL,221A,121A |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $7,633.54<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 8351<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $11,354.31<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 5562<br>COMMENT: SPLIT,221A,121A |
| SYNCHRONY BANK<br>P O BOX 965060<br>ORLANDO, FL  32896 | $0.00<br>INT: .00%<br>NAME ID: 149787<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: AMAZON |
| SYNCHRONY BANK<br>P O BOX 965060<br>ORLANDO, FL  32896 | $0.00<br>INT: .00%<br>NAME ID: 149787<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: PAYPAL |
| **TOTAL:** | **$56,220.11** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

## NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  07/27/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
   Attorney for Debtor - Electronic Notice